**IN THE SUPREME COURT OF TENNESSEE**
**AT KNOXVILLE**

FILED

November 23, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | Supreme Court |
| | ) | No. 03-S01-9712-CR-00147 |
| Appellee, | ) | |
| | ) | |
| v. | ) | KNOX COUNTY |
| | ) | |
| CHRISTA GALE PIKE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |

## ORDER ON PETITION FOR REHEARING

A petition for rehearing has been filed on behalf of appellant. After consideration of the same, the Court is of the opinion that the petition should be and the same is hereby denied at the cost of appellant.

PER CURIAM